**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
William J. Martínez**

Civil Action No.  11-cv-00097-WJM-KLM

PATRICIA DOSS n/k/a. PATRICIA A. MANN,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and
STATE FARM INSURANCE COMPANIES,

    Defendants.
_____

**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL
OF CLAIM FOR UNINSURED MOTORIST BENEFITS**
_____

    This matter comes before the Court on the parties' Stipulated Motion for Dismissal with prejudice, filed March 28, 2011, (ECF No. 14).  The parties stipulate that Plaintiff's claim for uninsured motorist benefits related to the March 25, 2003 automobile accident should be dismissed with prejudice.  Accordingly,

    The Court GRANTS the Stipulated Motion to Dismiss.  Plaintiff's claim for uninsured motorist benefits related to the March 25, 2003 motor vehicle accident is DISMISSED WITH PREJUDICE.  Each party shall pay her or its own attorney's fees and costs.

    IT IS FURTHER ORDERED that the Plaintiff's following claims remain unaffected by this Order:

    1.  Plaintiff's claims related to the June 24, 2004 accident,

    2.  Plaintiff's bad faith claims related to the March 25, 2003 accident,

    3.  Plaintiff's claims pursuant to C.R.S. 10-3-115 and C.R.S. 10-3-116, and

4. Plaintiff's common law bad faith claims.

Dated this 29th day of March, 2011.

BY THE COURT:

_____
William J. Martínez
United States District Judge