**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
William J. Martínez**

Civil Action No.  11-cv-00097-WJM-KLM

PATRICIA DOSS n/k/a PATRICIA A. MANN,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendant.
_____

**ORDER GRANTING STIPULATED MOTION TO DISMISS**
_____

This matter comes before the Court on the parties' Stipulated Motion to Dismiss with Prejudice of All Claims, filed April 12, 2011, (ECF No. 18). The Court being fully advised, hereby ORDERS as follows:

The parties' Stipulated Motion to Dismiss is GRANTED.  All claims brought or which could have been brought in this action by Plaintiff against Defendant are DISMISSED WITH PREJUDICE.  Each party shall pay her or its own attorney's fees and costs.

Dated this 13[h] day of April, 2011.

BY THE COURT:

_____
William J. Martínez
United States District Judge